# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Francisco Javier Contreras-Aguilar,<br>a.k.a.: Francisco J. C. A.,<br>(A088 766 080)<br>*Defendant* | Case No. 17-9373 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 20, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Francisco Javier Contreras-Aguilar, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about April 28, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Sheila Phillips

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Salvador Delgado II,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 29, 2017

_____
*Judge's signature*

City and state: Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Salvador Delgado II, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 20, 2016, Francisco Javier Contreras-Aguilar was booked him into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Contreras-Aguilar was examined by Deportation Officer T. Tropea who determined Contreras-Aguilar to be a Mexican citizen, unlawfully present in the United States. On the same date, an immigration detainer was lodged with the county jail. On August 28, 2017, Contreras-Aguilar was released from the Arizona Department of Corrections and transported to the Florence ICE office for further investigation and processing. Contreras-Aguilar was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Francisco Javier Contreras-Aguilar to be a citizen of Mexico and a previously deported criminal alien. Contreras-Aguilar was removed from the United States to Mexico through Calexico, California, on or about April 28, 2015, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Contreras-Aguilar in any Department of

Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Contreras-Aguilar's immigration history was matched to him by electronic fingerprint comparison.

4. On August 28, 2017, Francisco Javier Contreras-Aguilar was advised of his constitutional rights. Contreras-Aguilar freely and willingly acknowledged his rights and agreed to provide a statement under oath. Contreras-Aguilar stated that his true and complete name is "Francisco J C A," and that he is a citizen of Mexico. Contreras-Aguilar stated that he illegally entered the United States at or near Sonora Mexico, on "Octube-19-20-17," without inspection by an immigration officer. Contreras-Aguilar further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about October 20, 2016, Francisco Javier Contreras-Aguilar, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the

///

///

///

United States at or near Calexico, California, on or about April 28, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Salvador Delgado II,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 29th day of August, 2017.

_____
Eileen S. Willett,
United States Magistrate Judge